**FILED**

JAN 09 2012

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 2:11-CR-094-PMP (CWH) |
| ADAM BRENT WALLACE, ) | |
| Defendant. ) | |

### FINAL ORDER OF FORFEITURE

On September 20, 2011, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 18, United States Code, Sections 2253(a)(1) and 2253(a)(3), based upon the plea of guilty by defendant ADAM BRENT WALLACE to a criminal offense, forfeiting specific property alleged in the Criminal Indictment and agreed to in the Plea Memorandum and shown by the United States to have the requisite nexus to the offense to which defendant ADAM BRENT WALLACE pled guilty. Docket #1, #21, #22, #24.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from September 23, 2011, through October 22, 2011, notifying all third parties of their right to petition the Court. #25.

This Court finds no petitions were filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

1       This Court finds no petitions are pending with regard to the assets named herein and the time

2 for presenting such petitions has expired.

3       THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,

4 title, and interest in the property hereinafter described is condemned, forfeited, and vested in the

5 United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.

6 32.2(c)(2); Title 18, United States Code, Sections 2253(a)(1) and 2253(a)(3); and Title 21, United

7 States Code, Section 853(n)(7) and shall be disposed of according to law:

8       a.     Everex laptop computer, model number NM3500W;

9       b.     Fujitsu 60 GB IDE hard drive, serial number NSA1T642K1FG; and

10       c.     computer images including movie files, depicting a minor engaging in sexually explicit

11                 conduct and the diskettes and hard drives on which they are maintained.

12       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited

13 funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as

14 any income derived as a result of the United States of America's management of any property forfeited

15 herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

16       The Clerk is hereby directed to send copies of this Order to all counsel of record and three

17 certified copies to the United States Attorney's Office.

18       DATED this _____ day of _____, 2012.

19

20

21                    UNITED STATES DISTRICT JUDGE

22

23

24

25

26