UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-CR-00094-PMP-CWH |
| Plaintiff, | |
| vs. | **ORDER** |
| ADAM BRENT WALLACE, | |
| Defendant. | |

Having reviewed *de novo* the Report and Recommendation (Doc. #50) entered November 2, 2012, by the Honorable C. W. Hoffman, Jr., United States Magistrate Judge, and Defendant Wallace having failed to file a timely Objection thereto, and it further being clear that the Recommendation of the Magistrate Judge should be affirmed,

**IT IS ORDERED** that the Report and Recommendation of Magistrate Judge Hoffman is hereby AFFIRMED and that Defendant Wallace's Motions to Suppress (Doc. #48) and Motion to Waive Untimely Objection (Doc. #49) are DENIED.

DATED: November 26, 2012.

PHILIP M. PRO
United States District Judge