UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | **O R D E R** |
| ) | |
| vs. ) | 2:11-CR-94-PMP-CWH |
| ) | |
| ADAM BRENT WALLACE, ) | |
| ) | |
| Defendant. ) | |

On December 6, 2012, Defendant Wallace filed a Motion Under 28 USC 2255 to Vacate Sentence [53]. On December 26, 2012, the Court ordered the Government to respond to Defendant's Motion not later than January 26, 2013 [56]. The Government has failed to do so.

**IT IS THEREFORE ORDERED** that Defendant's Motion to Vacate Sentence [53] is hereby set for hearing before the undersigned for **FRIDAY, FEBRUARY 22, 2013, at 1:00 p.m.** At this hearing, the Government shall be prepared to show cause why Defendant's motion for relief should not be granted.

**The Government shall further arrange for the attendance of Defendant Wallace at this hearing.**

Dated: January 30, 2013.

_____
PHILIP M. PRO, UNITED STATES DISTRICT JUDGE